UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| In RE: | Case No. 13-06488 |
|---|---|
| HAYDIE MOLINA | Claim No. 5 |
| CARMEN G. GONZALEZ | |
| Debtor(s) | |

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above entitled case hereby requests that the mailing address, pertaining to both NOTICES and PAYMENTS, listed in the above stated case be changed;

**Address where Notices to the creditor be sent:**

| FROM: | TO: |
|---|---|
| Wells Fargo Bank, N.A. | Wells Fargo Bank, N.A. |
| Home Equity Group | Default Document Processing |
| 1 Home Campus X2303-01A | N9286-01Y, 1000 Blue Gentian Road |
| Des Moines, IA 50328 | Eagan, MN 55121-7700 |

**Address where Payment to the creditor be sent:**

| FROM: | TO: |
|---|---|
| Wells Fargo Operations Center | Wells Fargo Bank, N.A. |
| P.O. Box 31557  B6955-01B | Attention: Payment Processing |
| Billings, MT  59107 | MAC# X2302-04C, 1 Home Campus |
| | Des Moines IA 50328 |

Dated: 03/09/2018               /s/ Ashish Rawat

                              Creditor's Authorized Agent for Wells Fargo Bank, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing address change document was served via the Bankruptcy Court's electronic filing and notice system on or about the time the address change was filed, to all parties below that are registered to receive electronic notification in the above captioned bankruptcy case.

Case Information

| Debtor(s) | HAYDIE MOLINA |
| | CARMEN G. GONZALEZ |

| Street | City | State | Zip |
|---|---|---|---|
| 130 MERIWILL LANE | KUNKLETOWN | PA | 18058 |

| Case Number | Court | Chapter |
|---|---|---|
| 13-06488 | Middle Pennsylvania | 13 |

**Trustee:**
CHARLES J DEHART III
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN, PA 17036

**Debtor/Attorney for Debtor:**
TULLIO DELUCA
381 N 9TH STREET
SCRANTON, PA 18504

By: /s/ Ashish Rawat
Ashish Rawat
P.O. Box 201347
Arlington, TX 76006