```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 13-06488-RNO
Carmen G. Gonzalez                                                  Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5        User: CGambini           Page 1 of 1           Date Rcvd: May 13, 2019
                            Form ID: fnldec          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2019.
jdb            #+Carmen G. Gonzalez,    7305 Carlton Arms Dr,    New Port Richey, FL 34653-6814

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2019 at the address(es) listed below:
              Andrew Goldberg    on behalf of Creditor    Federal National Mortgage Association
               Bkmail@rosicki.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Jeniece Davis    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal
               National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc jeniece@mvrlaw.com,
               bonnie@mvrlaw.com
              Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lisa Beth Singer    on behalf of Creditor    Federal National Mortgage Association
               bkmail@rosicki.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              Thomas I Puleo    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Tullio DeLuca    on behalf of Plaintiff Haydie  Molina tullio.deluca@verizon.net
              Tullio DeLuca    on behalf of Debtor 2 Carmen G. Gonzalez tullio.deluca@verizon.net
              Tullio DeLuca    on behalf of Plaintiff Carmen G. Gonzalez tullio.deluca@verizon.net
              Tullio DeLuca    on behalf of Debtor 1 Haydie  Molina tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Carmen G. Gonzalez,<br>aka Carmen Gonzalez, | Chapter 13 |
| **Debtor 1** | Case No. 5:13−bk−06488−RNO |

Social Security No.:
        xxx−xx−8225

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

      **Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: May 13, 2019         By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: CGambini, Deputy Clerk

**fnldec** (05/18)