```
                               United States Bankruptcy Court
                               Middle District of Pennsylvania
In re:                                                                  Case No. 13-06488-RNO
Haydie Molina
Carmen G. Gonzalez                                                      Chapter 13
          Debtors
                                     CERTIFICATE OF NOTICE
District/off: 0314-5          User: CGambini              Page 1 of 2                  Date Rcvd: Apr 08, 2019
                              Form ID: 3180WJ2            Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2019.
db             #+Haydie Molina,    130 Meriwill Lane,    Kunkletown, PA 18058-7903
jdb            #+Carmen G. Gonzalez,    7305 Carlton Arms Dr,    New Port Richey, FL 34653-6814
cr              +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates,
                 51 E. Bethpage Road,    Plainview, NY 11803-4224
r               +James A Christman,    Keller Williams Real Estate,    362 Delaware Ave,
                 Palmerton, PA 18071-1814
cr               Wells Fargo Bank, N.A., Default Document Processin,    N9286-01Y, 1000 Blue Gentian Road,
                 Eagan, MN 55121-7700
4424477         +Chase Home Finance,    3415 Vision Dr.,    Attn: Bankruptcy Dept.,    Columbus,, Ohio 43219-6009
4424478          Chase Home Finance,    P.O. Box 24696,    Columbus, Ohio 43224-0696
4481758         +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7133,    Columbus, OH 43219-6009
4428319         +PNC BANK,    P O BOX 94982,    CLEVELAND OHIO 44101-4982
4424483         +PNC Bank,    Consumer Loan Center,    Mailstop P5-PCLC-02-R,    2730 Liberty Avenue,
                 Pittsburgh, Pennsylvania 15222-4704
4445545          Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y 1000 Blue Gentian Road,
                 Eagan, MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +EDI: WFFC.COM Apr 08 2019 23:38:00      Wells Fargo Bank NA,    1 Home Campus X2303-01A,
                 Des Moines, IA 50328-0001
4471449          EDI: BL-BECKET.COM Apr 08 2019 23:38:00      Capital One NA,    c/o Becket and Lee LLP,
                 POB 3001,    Malvern PA 19355-0701
4424476         +EDI: CHASE.COM Apr 08 2019 23:38:00      Chase,    P.O. Box 15298,
                 Wilmington, Delaware 19850-5298
4424479          EDI: DISCOVER.COM Apr 08 2019 23:38:00      Discover,    P.O. Box 30943,
                 Salt Lake City, Utah 84130
4424480          EDI: DISCOVER.COM Apr 08 2019 23:38:00      Discover Bank,    P.O. Box 3025,
                 New Albany, Ohio 43054-3025
4426053          EDI: DISCOVER.COM Apr 08 2019 23:38:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
4424481         +EDI: RMSC.COM Apr 08 2019 23:38:00      GECRB/Lowes,    Attn: Bankruptcy Dept.,    P.O. Box 103104,
                 Roswell, Georgia 30076-9104
4424482          EDI: CBSKOHLS.COM Apr 08 2019 23:38:00      Kohl's,    P.O. Box 3043,
                 Milwaukee, Wisconsin 53201-3043
4424482          E-mail/Text: bncnotices@becket-lee.com Apr 08 2019 19:32:49      Kohl's,    P.O. Box 3043,
                 Milwaukee, Wisconsin 53201-3043
4443953          EDI: Q3G.COM Apr 08 2019 23:38:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
4424484         +EDI: SEARS.COM Apr 08 2019 23:38:00      Sears,    7920 NW 110th Street,
                 Kansas City, Missouri 64153-1270
4424485          EDI: SEARS.COM Apr 08 2019 23:38:00      Sears Credit Cards,    P.O. Box 6282,
                 Sioux Falls, South Dakota 57117-6282
4424486          EDI: WFFC.COM Apr 08 2019 23:38:00      Wells Fargo Bank, N.A.,    P.O. Box 4233,
                 Portland, Oregon 97208-4233
4424487         +EDI: WFFC.COM Apr 08 2019 23:38:00      Wells Fargo Home Mortgage,    One Home Campus,
                 Attn: Bankruptcy Dept.,    MAC X2302-04c,    Des Moines, Iowa 50328-0001
                                                                                              TOTAL: 14

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4545411        ##Federal National Mortgage Association,    PO Box 2008,    Grand Rapids, MI 49501-2008
4545412        ##Federal National Mortgage Association,    PO Box 2008,    Grand Rapids, MI 49501-2008,
                 Federal National Mortgage Association,    PO Box 2008,    Grand Rapids, MI 49501-2008
4434182        ##+Rjm Acquisitions Funding Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
                                                                                   TOTALS: 0, * 0, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2019 at the address(es) listed below:
          Andrew   Goldberg    on behalf of Creditor    Federal National Mortgage Association
           Bkmail@rosicki.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Jeniece   Davis    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal
           National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc jeniece@mvrlaw.com,
           bonnie@mvrlaw.com
          Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Lisa Beth Singer    on behalf of Creditor    Federal National Mortgage Association
           bkmail@rosicki.com
          Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
          Thomas I Puleo    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Tullio   DeLuca    on behalf of Debtor 2 Carmen G. Gonzalez tullio.deluca@verizon.net
          Tullio   DeLuca    on behalf of Plaintiff Carmen G. Gonzalez tullio.deluca@verizon.net
          Tullio   DeLuca    on behalf of Debtor 1 Haydie  Molina tullio.deluca@verizon.net
          Tullio   DeLuca    on behalf of Plaintiff Haydie  Molina tullio.deluca@verizon.net
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 12
```